1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO. 2:15-MJ-00099-KJN

12                 Plaintiff,                [PROPOSED] FINDINGS AND ORDER
                                             EXTENDING TIME FOR PRELIMINARY
13         v.                                HEARING PURSUANT TO RULE 5.1(d) AND
                                             EXCLUDING TIME
14  THOMAS MANCIAS, and
    BENJAMIN RODRIGUEZ,                      DATE: May 22, 2015
15                                           TIME: 2:00 p.m.
                   Defendants.               COURT: Hon. Dale A. Drozd
16

17

18         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 18, 2015.  The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the interests of the public and the defendant in a

25  speedy trial to the extent of this exclusion of time.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds

26  that the extension of time would not adversely affect the public interest in the prompt disposition of

27  criminal cases.

28  /////

    [PROPOSED] FINDINGS AND ORDER                    1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 16, 2015, at 2:00 p.m.

2. The time between May 22, 2015, and June 16, 2015, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
mancias0099.stipo.cont.pe

[PROPOSED] FINDINGS AND ORDER

2