BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MANCIAS, AND BENJAMIN RODRIGUEZ<br><br>Defendants. | CASE NO. 2:15-MJ-00099 KJN<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: August 18, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CHRISTIAAN H. HIGHSMITH, and defendant THOMAS MANCIAS, both individually and by and through his counsel of record, BENJAMIN GALLOWAY, and defendant BENJAMIN RODRIGUEZ, both individually and by and through his counsel of record, ROBERT HOLLEY, hereby stipulate as follows:

1. The Complaint in this case was filed on April 30, 2015, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on May 11, 2015. At that hearing, the court set a preliminary hearing date of May 22, 2015.

2. On May 19, 2015, the parties filed a stipulation and proposed order seeking a continuance of the preliminary hearing date. In accordance with the stipulation of the parties, the court set a preliminary hearing date of August 18, 2015.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to September 8, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of the evidence, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case via an information and an agreed upon plea deal. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 18, 2015, and September 8, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  August 14, 2015                               BENJAMIN B. WAGNER
                                                      United States Attorney


                                                      /s/ CHRISTIAAN H. HIGHSMITH
                                                      CHRISTIAAN H. HIGHSMITH
                                                      Assistant United States Attorney


Dated:  August 14, 2015                               /s/ BENJAMIN GALLOWAY
                                                      BENJAMIN GALLOWAY
                                                      Counsel for Defendant
                                                      Thomas Mancias

Dated:  August 14, 2015                               /s/ ROBERT HOLLEY
                                                      ROBERT HOLLEY
                                                      Counsel for Defendant
                                                      Benjamin Rodriguez


### [~~PROPOSED~~] FINDINGS AND ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 14, 2015.

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to September 8, at 2:00 p.m.

2. The time between August 18, 2015, and September 8, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: AUGUST 17, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE