BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN RODRIGUEZ,<br><br>Defendant. | CASE NO. 2:15-CR-00202 GEB<br><br>**SEALING ORDER** |

The United States has submitted for in camera consideration a "Request to Seal Government's Two-Page Sentencing Letter," the Government's Two-Page Sentencing Letter, and this Proposed Sealing Order requesting an Order sealing the Government's Two-Page Sentencing Letter, which describes the Government's sentencing recommendation for defendant Benjamin Rodriguez based on a downward departure under the United States Sentencing Commission's Guidelines.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that the Government's Amended Request to Seal and the Two-Page Sentencing Letter contain specific factual findings supporting closure. Specifically, the Government sets forth facts demonstrating that its Two-Page Sentencing Letter contains confidential information, the disclosure of which may affect the safety of the defendant and other individuals.

The Court further finds, for the reasons stated in the Government's Request to Seal, that sealing

the Government's Two-Page Sentencing Letter serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its Request to Seal, the Court further finds that there are no additional alternatives to sealing the Government's Two-Page Sentencing Letter that would adequately protect the compelling interests identified by the Government.

Good cause having been shown, IT IS HEREBY ORDERED that the Request to Seal Government's Two-Page Sentencing Letter and the Two-Page Sentencing Letter describing the Government's sentencing recommendation based on a downward departure under the United States Sentencing Commission's Guidelines are hereby SEALED until further order of this Court.

Dated:  March 10, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] SEALING ORDER        2