IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:15-cr-00202-GEB-2 |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| BENJAMIN ORTIZ RODRIGUEZ, | ) | |
| Defendant. | ) | |

    The court appointed the Federal Defender to represent the defendant on July 18, 2018. The Federal Defender has determined it has a conflict and cannot represent Mr. Rodriguez. CJA Panel attorney Bob Holley is hereby appointed effective July 19, 2018, the date the Office of the Federal Defender contacted him.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 7/19/2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE